IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NELLSON NUTRACEUTICAL, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 06-10072 (CSS)<br>(Jointly Administered) |
| NELLSON NUTRACEUTICAL, INC., NELLSON HOLDINGS, INC., NELLSON INTERMEDIATE HOLDINGS, INC., NELLSON NORTHERN OPERATING, INC., NELLSON NUTRACEUTICAL EASTERN DIVISION, INC., NELLSON NUTRACEUTICAL POWDER DIVISION, INC., and VITEX FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>3D STAINLESS MFG. CO., INC., a California Corporation, | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 08-50088 (CSS) |
| AAI PROPERTIES, LLC, a California Limited Liability Company | Adv. Proc. No. 08-50096 (CSS) |
| ABBOTT LABORATORIES, an Illinois corporation d/b/a ROSS PRODUCTS DIVISION and ABBOTT NUTRITION | Adv. Proc. No. 08-50221 (CSS) |
| AETNA HEALTH INSURANCE OF CA, INC.; AETNA HEALTH AND LIFE INSURANCE COMPANY | Adv. Proc. No. 08-50242 (CSS) |
| AGILENT TECHNOLOGIES, INC., a Delaware corporation | Adv. Proc. No. 08-50100 (CSS) |
| AIR LIQUIDE AMERICA L.P.<br>ALCAN PACKAGING FOOD and TOBACCO, INC. | Adv. Proc. No. 08-50103 (CSS)<br>Adv. Proc. No. 08-50107 (CSS) |
| ALGOOD FOOD COMPANY<br>ALL PACKAGING COMPANY<br>ALLEN HIGGINS d/b/a A&L CONSTRUCTION<br>ALTIUS HEALTH PLANS, INC.<br>AMERICAN INTERNATIONAL COMPANY<br>AMGRAPH PACKAGING, INC.<br>AMMERAAL BELTECH INC. | Adv. Proc. No. 08-50111 (CSS)<br>Adv. Proc. No. 08-50114 (CSS)<br>Adv. Proc. No. 08-50230 (CSS)<br>Adv. Proc. No. 08-50236 (CSS)<br>Adv. Proc. No. 08-50245 (CSS)<br>Adv. Proc. No. 08-50117 (CSS)<br>Adv. Proc. No. 08-50120 (CSS) |

DOCS_DE:136743.1

| Defendant | Adv. Proc. No. |
|---|---|
| ARCHER-DANIEL-MIDLAND COMPANY d/b/a PROTEIN SPECIALTIES DIVISION, ADM/LSI and LSI SPECIALTY PRODUCTS | Adv. Proc. No. 08-50122 (CSS) |
| B & K ELECTRIC WHOLESALE | Adv. Proc. No. 08-50126 (CSS) |
| B&D NUTRITIONAL INGREDIENTS, INC. | Adv. Proc. No. 08-50222 (CSS) |
| B1 NUTRACEUTICALS, INC. | Adv. Proc. No. 08-50235 (CSS) |
| BALCHEM CORPORATION | Adv. Proc. No. 08-50130 (CSS) |
| BARCODE LABELING SYSTEMS, INC. | Adv. Proc. No. 08-50134 (CSS) |
| BLUE DIAMOND GROWERS | Adv. Proc. No. 08-50216 (CSS) |
| BOSCH PACKAGING SERVICES, INC. | Adv. Proc. No. 08-50217 (CSS) |
| CALIFORNIA ENVIRONMENTAL CUP, INC. | Adv. Proc. No. 08-50136 (CSS) |
| CALIFORNIA NATURAL PRODUCTS | Adv. Proc. No. 08-50140 (CSS) |
| CARGILL FLAVOR SYSTEMS US, LLC | Adv. Proc. No. 08-50144 (CSS) |
| CARGILL, INCORPORATED dba CARGILL COCOA and CHOCOLATE | Adv. Proc. No. 08-50147 (CSS) |
| CARMI FLAVOR and FRAGRANCE COMPANY, INC. | Adv. Proc. No. 08-50150 (CSS) |
| CASE PAK INC. | Adv. Proc. No. 08-50246 (CSS) |
| CGU CAPITAL GROUP, LLC | Adv. Proc. No. 08-50154 (CSS) |
| CHALLENGE DAIRY PRODUCTS, INC. | Adv. Proc. No. 08-50094 (CSS) |
| CHEMI NUTRA, LLC | Adv. Proc. No. 08-50226 (CSS) |
| CHEMINEER, INC. | Adv. Proc. No. 08-50097 (CSS) |
| CHOOLJIAN & SONS, INC. d/b/a DEL REY PACKING CO.; DEL REY PACKING CO. | Adv. Proc. No. 08-50105 (CSS) |
| CLEAN AIR SPECIALISTS, INC. | Adv. Proc. No. 08-50225 (CSS) |
| COGNIS CORPORATION | Adv. Proc. No. 08-50113 (CSS) |
| COMMERCIAL PROTEINS CORPORATION | Adv. Proc. No. 08-50116 (CSS) |
| CONAGRA FOODS, INC. | Adv. Proc. No. 08-50244 (CSS) |
| CONCORD FOODS, INC. | Adv. Proc. No. 08-50125 (CSS) |
| CORN PRODUCTS INTERNATIONAL, INC. | Adv. Proc. No. 08-50238 (CSS) |
| CP KELCO U.S., INC. | Adv. Proc. No. 08-50128 (CSS) |
| CROCKETT CONTAINER CORPORATION; TIN INC., d/b/a CROCKET CONTAINER CORPORATION | Adv. Proc. No. 08-50133 (CSS) |
| CUSTOM PACKAGING, INC. | Adv. Proc. No. 08-50137 (CSS) |
| DAVID MICHAEL & CO., INC. | Adv. Proc. No. 08-50143 (CSS) |
| DAVID MORENO and LILLIANA MORENO dba MPD MACHINE | Adv. Proc. No. 08-50234 (CSS) |
| DAVISCO FOODS INTERNATIONAL, INC. | Adv. Proc. No. 08-50148 (CSS) |
| DELOITTE & TOUCHE LLP, a Delaware Limited Liability partnership | Adv. Proc. No. 08-50241 (CSS) |
| DIAMOND BAR ELECTRIC, INC. | Adv. Proc. No. 08-50152 (CSS) |
| DMV USA SP dba DMV INTERNATIONAL NUTRITIONALS | Adv. Proc. No. 08-50157 (CSS) |
| EDGAR A. WEBER & COMPANY | Adv. Proc. No. 08-50167 (CSS) |
| ESSI PAYROLL & STAFFING SERVICES, INC. | Adv. Proc. No. 08-50172 (CSS) |

| Defendant | Adversary Proceeding No. |
|---|---|
| EVERETT ASHURST and dba AMERICAN HONEY and BUD ASHURST AMERICAN HONEY | Adv. Proc. No. 08-50175 (CSS) |
| EXEL TRANSPORTATION SERVICES, INC. | Adv. Proc. No. 08-50240 (CSS) |
| FAR WEST DISTRIBUTORS, INC. | Adv. Proc. No. 08-50178 (CSS) |
| FASTENAL COMPANY dba FASTENAL INDUSTRIAL & CONSTRUCTION SUPPLIES | Adv. Proc. No. 08-50183 (CSS) |
| FIRMENICH INC. | Adv. Proc. No. 08-50189 (CSS) |
| FIRST AMERICAN TITLE INSURANCE COMPANY | Adv. Proc. No. 08-50192 (CSS) |
| FLAIR FLEXIBLE PACKAGING CORP. | Adv. Proc. No. 08-50218 (CSS) |
| FLAVOR PRODUCERS, INC. | Adv. Proc. No. 08-50087 (CSS) |
| FLAVOR SAVOR, INC. and PREMIUM INGREDIENTS INTERNATIONAL (US) LLC dba FLAVOR SAVOR | Adv. Proc. No. 08-50092 (CSS) |
| FMC CORPORATION dba FMC BIOPOLYMER; FMC BIOPOLYMER | Adv. Proc. No. 08-50099 (CSS) |
| FONA INTERNATIONAL INCORPORATED | Adv. Proc. No. 08-50101 (CSS) |
| GELITA USA INC. | Adv. Proc. No. 08-50106 (CSS) |
| GIVAUDAN FRAGRANCES CORPORATION | Adv. Proc. No. 08-50228 (CSS) |
| GLANBIA NUTRITIONALS, INC. | Adv. Proc. No. 08-50110 (CSS) |
| GOLDEN PEANUT COMPANY, LLC | Adv. Proc. No. 08-50121 (CSS) |
| GRACELAND FRUIT, INC. | Adv. Proc. No. 08-50231 (CSS) |
| GRAVEL & SHEA | Adv. Proc. No. 08-50123 (CSS) |
| GUITTARD CHOCOLATE CO. | Adv. Proc. No. 08-50127 (CSS) |
| HASSETT STORAGE WAREHOUSES, INC. dba HASSETT AIR EXPRESS; HASSETT AIR EXPRESS | Adv. Proc. No. 08-50129 (CSS) |
| HENRY H. OTTENS MANUFACTURING CO., dba OTTENS FLAVORS | Adv. Proc. No. 08-50132 (CSS) |
| HOSOKAWA MICRON INTERNATIONAL, INC. dba HOSOKAWA CONFECTIONERY & BAKERY | Adv. Proc. No. 08-50138 (CSS) |
| INCREDA-PROPERTIES, LLC | Adv. Proc. No. 08-50227 (CSS) |
| INDOPCO INC. dba QUEST INTERNATIONAL FLAVORS and FOOD INGREDIENTS COMPANY; QUEST INTERNATIONAL FLAVORS and FOOD INGREDIENTS COMPANY | Adv. Proc. No. 08-50142 (CSS) |
| INDULGENT FOODS, INC. | Adv. Proc. No. 08-50149 (CSS) |
| INMAN WELDING, INC. | Adv. Proc. No. 08-50153 (CSS) |
| INTERNATIONAL FLAVORS & FRAGRANCES INC. | Adv. Proc. No. 08-50158 (CSS) |
| INTERNATIONAL PAPER COMPANY | Adv. Proc. No. 08-50161 (CSS) |
| INTERNATIONAL PAPER COMPANY, d/b/a ZELLERBACH | Adv. Proc. No. 08-50224 (CSS) |

| | |
|---|---|
| JEFFERSON SMURFIT CORPORATION; SMURFIT STONE CONTAINER CORPORATION; SMURFIT-STONE CONTAINER ENTERPRISES, INC. dba STONE CONTAINER CORPORATION | Adv. Proc. No. 08-50165 (CSS) |
| JER CREATIVE FOOD CONCEPTS, INC. d/b/a GOLDEN SELECT FOODS COMPANY GELITA USA, INC. | Adv. Proc. No. 08-50168 (CSS) |
| JOHN B. SANFILIPPO & SON, INC. | Adv. Proc. No. 08-50173 (CSS) |
| KAFCO SALES COMPANY PRINTPACK, INC. | Adv. Proc. No. 08-50091 (CSS) |
| KELLEY CONTROLS, INC. | Adv. Proc. No. 08-50219 (CSS) |
| KERRY IN. dba KERRY SWEET INGREDIENTS, KERRY PROTEINS, KERRY SPECIALTY INGREDIENTS, KERRYNOR PROTEINS DIVISION, DERRY PROTEINS DIVISION and KERRY NUTRIANT | Adv. Proc. No. 08-50104 (CSS) |
| KLEEN KRAFT SERVICES, INC. | Adv. Proc. No. 08-50109 (CSS) |
| KRAFT FOOD INGREDIENTS CORP. | Adv. Proc. No. 08-50119 (CSS) |
| KRANSON INDUSTRIES, INC. dba TRICOBRAUN | Adv. Proc. No. 08-50124 (CSS) |
| LABELTRONIX, LLC | Adv. Proc. No. 08-50139 (CSS) |
| LIPSCOMB CHEMICAL CO., INC. | Adv. Proc. No. 08-50145 (CSS) |
| LODERS CROKLAAN INC. | Adv. Proc. No. 08-50155 (CSS) |
| MAK WOOD INC. | Adv. Proc. No. 08-50160 (CSS) |
| MALNOVE INCORPORATED OF UTAH | Adv. Proc. No. 08-50164 (CSS) |
| MANE, INC. dba MANE-CALIFORNIA BRANDS | Adv. Proc. No. 08-50170 (CSS) |
| MARANTZ BROTHERS, INC. dba CO-OPERATIVE PURCHASERS | Adv. Proc. No. 08-50179 (CSS) |
| MARK L. SCHMIDT | Adv. Proc. No. 08-50182 (CSS) |
| MARKEM CORPORATION | Adv. Proc. No. 08-50185 (CSS) |
| MARRS PRINTING, INC. | Adv. Proc. No. 08-50188 (CSS) |
| MATTHEW WILLIAM SCHMIDT AND dba QUICK SILVER STAINLESS STEEL | Adv. Proc. No. 08-50193 (CSS) |
| MAYPRO INDUSTRIES, INC. | Adv. Proc. No. 08-50196 (CSS) |
| MEELUNIE AMERICA, INC. | Adv. Proc. No. 08-50200 (CSS) |
| MIGUEL DENIS dba QUALITY FORKLIFT | Adv. Proc. No. 08-50203 (CSS) |
| MILPRINT, INC. | Adv. Proc. No. 08-50205 (CSS) |
| MISSION FLAVORS & FRAGRANCES, INC. | Adv. Proc. No. 08-50082 (CSS) |
| MITSUBISHI INTERNATIONAL FOOD INGREDIENTS, INC. | Adv. Proc. No. 08-50083 (CSS) |
| MOORE'S FLOUR MILL, INC. | Adv. Proc. No. 08-50084 (CSS) |
| NORTHERN GOLD FOODS LTD. | Adv. Proc. No. 08-50085 (CSS) |
| NORTHPAK COMPANY | Adv. Proc. No. 08-50220 (CSS) |
| OLD DOMINION FREIGHT LINE, INC. | Adv. Proc. No. 08-50086 (CSS) |
| ORAFTI NORTH AMERICA INC. | Adv. Proc. No. 08-50089 (CSS) |

| | |
|---|---|
| ORANGE COUNTY CONTAINER CORPORATION | Adv. Proc. No. 08-50090 (CSS) |
| OSF FLAVORS, INC. | |
| PACIFICORP d/b/a ROCKY MOUNTAIN POWER | Adv. Proc. No. 08-50229 (CSS) |
| PACKAGING SOLUTIONS CORPORATION | Adv. Proc. No. 08-50247 (CSS) |
| PARADISE PACKAGING SUPPLIES, INC. | Adv. Proc. No. 08-50093 (CSS) |
| PARAMOUNT CAN COMPANY, INC. | Adv. Proc. No. 08-50095 (CSS) |
| PEARSON SALES COMPANY; PEARSON FOOD COMPANY, INCORPORATED dba PEARSON SALES COMPANY | Adv. Proc. No. 08-50098 (CSS) Adv. Proc. No. 08-50102 (CSS) |
| POWER CHEMICAL INC. | |
| POWER CONTROL COMPANY LLC; JOHN F. JACKMAN dba POWER CONTROL COMPANY | Adv. Proc. No. 08-50108 (CSS) Adv. Proc. No. 08-50112 (CSS) |
| PREMIUM INGREDIENTS INTERNATIONAL (US) LLC and successor to PREMIUM INGREDIENTS, LTD. | Adv. Proc. No. 08-50115 (CSS) |
| PRIDE TRANSPORT, INCORPORATED | |
| PRINTPACK, INC. | Adv. Proc. No. 08-50118 (CSS) |
| PRODO-PAK CORP. | Adv. Proc. No. 08-50131 (CSS) |
| PROTIENT, INC. | Adv. Proc. No. 08-50135 (CSS) |
| QUESTAR GAS COMPANY | Adv. Proc. No. 08-50141 (CSS) |
| R.J. VAN DRUNEN & SONS, INC. dba VAN DRUNEN FARMS; VAN DRUNEN FARMS | Adv. Proc. No. 08-50146 (CSS) Adv. Proc. No. 08-50151 (CSS) |
| ROBERTET FLAVORS INC. | |
| ROBERTO RUIZ and dba GABY'S TRANSPORT | Adv. Proc. No. 08-50156 (CSS) |
| ROMANO INVESTMENT CORPORATION | Adv. Proc. No. 08-50159 (CSS) |
| ROQUETTE AMERICA, INC. | Adv. Proc. No. 08-50243 (CSS) |
| ROTO-LITHO, INC. | Adv. Proc. No. 08-50162 (CSS) |
| ROYAL SUMMIT, INC. | Adv. Proc. No. 08-50163 (CSS) |
| RUBIO MACHINERY, INC. | Adv. Proc. No. 08-50166 (CSS) |
| RYCO PACKAGING CORPORATION | Adv. Proc. No. 08-50169 (CSS) |
| SANITATION DISTRICTS OF LOS ANGELES COUNTY | Adv. Proc. No. 08-50171 (CSS) Adv. Proc. No. 08-50174 (CSS) |
| SAPUTO CHEESE AND PROTEIN LLC | |
| SCHMIDT LANE, LLC | Adv. Proc. No. 08-50176 (CSS) |
| SEAGULL PRINTING SERVICES, INC. | Adv. Proc. No. 08-50177 (CSS) |
| SELTZER CHEMICALS, INC. | Adv. Proc. No. 08-50180 (CSS) |
| SENSIENT FLAVORS LLC fdba SENSIENT FLAVORS, INC. | Adv. Proc. No. 08-50181 (CSS) Adv. Proc. No. 08-50184 (CSS) |
| SHO-ME CONTAINER, INC. | |
| SOUTHERN CALIFORNIA EDISON COMPANY | Adv. Proc. No. 08-50186 (CSS) |
| STAFFING SOLUTIONS SOUTHWEST, INC. and STAFFING SOLUTIONS, INC. | Adv. Proc. No. 08-50190 (CSS) Adv. Proc. No. 08-50195 (CSS) |

| | |
|---|---|
| STAFFMARK INVESTMENT LLC, STAFFMARK-CALIFORNIA, LLC, STAFFMARK-PACIFIC, LLC, STAFFMARK-WEST, LLC, STAFFMARK EAST, LLC, STAFFMARK PROFESSIONAL SERVICES, LLC | Adv. Proc. No. 08-50198 (CSS) |
| STAUBER PERFORMANCE INGREDIENTS, INC. | Adv. Proc. No. 08-50201 (CSS) |
| TAKASAGO INTERNATIONAL CORPORATION | Adv. Proc. No. 08-50232 (CSS) |
| THE CARRERA AGENCY, INC. | Adv. Proc. No. 08-50204 (CSS) |
| THE EDLONG CORPORATION dba EDLONG FLAVORS | Adv. Proc. No. 08-50206 (CSS) |
| THEODORE W. LEAHY and dba ULTIMATE CONTROLLED SYSTEMS | Adv. Proc. No. 08-50187 (CSS) |
| THERMO FISHER SCIENTIFIC INC. | Adv. Proc. No. 08-50239 (CSS) |
| TOTAL SWEETENERS, INC. dba CHICAGO SWEETENERS, INC. and INGREDIENTS INTERNATIONAL; CHICAGO SWEETENERS OF CALIFORNIA, INC. dba INGREDIENTS INTERNATIONAL | Adv. Proc. No. 08-50191 (CSS) |
| TREGA FOODS, INC. | Adv. Proc. No. 08-50194 (CSS) |
| UNITED CONCORDIA DENTAL PLANS OF CALIFORNIA, INC.; UNITED CONCORDIA COMPANIES, INC.; UNITED CONCORDIA INSURANCE COMPANY | Adv. Proc. No. 08-50197 (CSS) |
| UTAH PAPER BOX COMPANY | Adv. Proc. No. 08-50199 (CSS) |
| VIRGINIA DARE EXTRACT CO., INC. | Adv. Proc. No. 08-50202 (CSS) |
| VISTA UNIVERSAL INC. | Adv. Proc. No. 08-50207 (CSS) |
| VYSE GELATIN COMPANY | Adv. Proc. No. 08-50209 (CSS) |
| WATSON FOODS CO., INC. | Adv. Proc. No. 08-50211 (CSS) |
| WESTERN FLAVORS & FRAGRANCES INC. and KEY ESSENTIALS, INC. successor by merger to WESTERN FLAVORS & FRAGRANCES INC. | Adv. Proc. No. 08-50213 (CSS) |
| WESTERN MACHINE TECHNOLOGIES, INC. | Adv. Proc. No. 08-50233 (CSS) |
| WHITE STOKES COMPANY, INC. | Adv. Proc. No. 08-50215 (CSS) |
| WILD FLAVORS, INC. | Adv. Proc. No. 08-50208 (CSS) |
| WORKFLOW SOLUTIONS, LLC | Adv. Proc. No. 08-50214 (CSS) |
| YELLOW TRANSPORTATION INC. | Adv. Proc. No. 08-50210 (CSS) |
| ZAPP PACKAGING, INC. | Adv. Proc. No. 08-50212 (CSS) |

**ORDER FIXING HEARING AND SHORTENING NOTICE ON DEBTORS' MOTION TO EXTEND TIME LIMIT FOR SERVICE OF PROCESS**

Upon consideration of the *Motion to Fix a Hearing Date and Shorten Time on Debtors' Motion to Extend Time Limit for Service of Process* (the "Motion to Shorten"),[2] it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the hearing on the *Debtors' Motion to Extend Time Limit for Service of Process* (the "Motion") is scheduled for **April 22, 2008, at 3:00 p.m.** prevailing Eastern Time; and it is further

ORDERED that the deadline to object or respond to the Motion is set for **April 21, 2008, at 12:00 p.m. (Noon)** prevailing Eastern Time; and it is further

ORDERED that counsel for the Debtors shall, within one (1) business day of entry of this Order, serve a copy of this Order on parties originally served with the Motion by hand delivery, overnight mail, email or facsimile.

Date: 4/17 , 2008

Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.