IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NELLSON NUTRACEUTICAL, INC., *et al.*, | Case No. 06-10072 (CSS) <br> (Jointly Administered) |
| Debtors. | |
| NELLSON NUTRACEUTICAL, INC., NELLSON HOLDINGS, INC., NELLSON INTERMEDIATE HOLDINGS, INC., NELLSON NORTHERN OPERATING, INC., NELLSON NUTRACEUTICAL EASTERN DIVISION, INC., NELLSON NUTRACEUTICAL POWDER DIVISION, INC., and VITEX FOODS, INC., | |
| Plaintiffs, | |
| v. | |
| 3D STAINLESS MFG. CO., INC., a California Corporation, | Adv. Proc. No. 08-50088 (CSS) |
| AAI PROPERTIES, LLC, a California Limited Liability Company | Adv. Proc. No. 08-50096 (CSS) |
| ABBOTT LABORATORIES, an Illinois corporation d/b/a ROSS PRODUCTS DIVISION and ABBOTT NUTRITION | Adv. Proc. No. 08-50221 (CSS) |
| AETNA HEALTH INSURANCE OF CA, INC.; AETNA HEALTH AND LIFE INSURANCE COMPANY | Adv. Proc. No. 08-50242 (CSS) |
| AGILENT TECHNOLOGIES, INC., a Delaware corporation | Adv. Proc. No. 08-50100 (CSS) |
| AIR LIQUIDE AMERICA L.P. | Adv. Proc. No. 08-50103 (CSS) |
| ALCAN PACKAGING FOOD and TOBACCO, INC. | Adv. Proc. No. 08-50107 (CSS) |
| ALGOOD FOOD COMPANY | Adv. Proc. No. 08-50111 (CSS) |
| ALL PACKAGING COMPANY | Adv. Proc. No. 08-50114 (CSS) |
| ALLEN HIGGINS d/b/a A&L CONSTRUCTION | Adv. Proc. No. 08-50230 (CSS) |
| ALTIUS HEALTH PLANS, INC. | Adv. Proc. No. 08-50236 (CSS) |
| AMERICAN INTERNATIONAL COMPANY | Adv. Proc. No. 08-50245 (CSS) |
| AMGRAPH PACKAGING, INC. | Adv. Proc. No. 08-50117 (CSS) |
| AMMERAAL BELTECH INC. | Adv. Proc. No. 08-50120 (CSS) |
| ARCHER-DANIEL-MIDLAND COMPANY d/b/a PROTEIN SPECIALTIES DIVISION, ADM/LSI and LSI SPECIALTY PRODUCTS | Adv. Proc. No. 08-50122 (CSS) |

| | |
|---|---|
| B & K ELECTRIC WHOLESALE | Adv. Proc. No. 08-50126 (CSS) |
| B&D NUTRITIONAL INGREDIENTS, INC. | Adv. Proc. No. 08-50222 (CSS) |
| B1 NUTRACEUTICALS, INC. | Adv. Proc. No. 08-50235 (CSS) |
| BALCHEM CORPORATION | Adv. Proc. No. 08-50130 (CSS) |
| BARCODE LABELING SYSTEMS, INC. | Adv. Proc. No. 08-50134 (CSS) |
| BLUE DIAMOND GROWERS | Adv. Proc. No. 08-50216 (CSS) |
| BOSCH PACKAGING SERVICES, INC. | Adv. Proc. No. 08-50217 (CSS) |
| CALIFORNIA ENVIRONMENTAL CUP, INC. | Adv. Proc. No. 08-50136 (CSS) |
| CALIFORNIA NATURAL PRODUCTS | Adv. Proc. No. 08-50140 (CSS) |
| CARGILL FLAVOR SYSTEMS US, LLC | Adv. Proc. No. 08-50144 (CSS) |
| CARGILL, INCORPORATED dba CARGILL COCOA and CHOCOLATE | Adv. Proc. No. 08-50147 (CSS) |
| CARMI FLAVOR and FRAGRANCE COMPANY, INC. | Adv. Proc. No. 08-50150 (CSS) |
| CASE PAK INC. | Adv. Proc. No. 08-50246 (CSS) |
| CGU CAPITAL GROUP, LLC | Adv. Proc. No. 08-50154 (CSS) |
| CHALLENGE DAIRY PRODUCTS, INC. | Adv. Proc. No. 08-50094 (CSS) |
| CHEMI NUTRA, LLC | Adv. Proc. No. 08-50226 (CSS) |
| CHEMINEER, INC. | Adv. Proc. No. 08-50097 (CSS) |
| CHOOLJIAN & SONS, INC. d/b/a DEL REY PACKING CO.; DEL REY PACKING CO. | Adv. Proc. No. 08-50105 (CSS) |
| CLEAN AIR SPECIALISTS, INC. | Adv. Proc. No. 08-50225 (CSS) |
| COGNIS CORPORATION | Adv. Proc. No. 08-50113 (CSS) |
| COMMERCIAL PROTEINS CORPORATION | Adv. Proc. No. 08-50116 (CSS) |
| CONAGRA FOODS, INC. | Adv. Proc. No. 08-50244 (CSS) |
| CONCORD FOODS, INC. | Adv. Proc. No. 08-50125 (CSS) |
| CORN PRODUCTS INTERNATIONAL, INC. | Adv. Proc. No. 08-50238 (CSS) |
| CP KELCO U.S., INC. | Adv. Proc. No. 08-50128 (CSS) |
| CROCKETT CONTAINER CORPORATION; TIN INC., d/b/a CROCKET CONTAINER CORPORATION | Adv. Proc. No. 08-50133 (CSS) |
| CUSTOM PACKAGING, INC. | Adv. Proc. No. 08-50137 (CSS) |
| DAVID MICHAEL & CO., INC. | Adv. Proc. No. 08-50143 (CSS) |
| DAVID MORENO and LILLIANA MORENO dba MPD MACHINE | Adv. Proc. No. 08-50234 (CSS) |
| DAVISCO FOODS INTERNATIONAL, INC. | Adv. Proc. No. 08-50148 (CSS) |
| DELOITTE & TOUCHE LLP, a Delaware Limited Liability partnership | Adv. Proc. No. 08-50241 (CSS) |
| DIAMOND BAR ELECTRIC, INC. | Adv. Proc. No. 08-50152 (CSS) |
| DMV USA SP dba DMV INTERNATIONAL NUTRITIONALS | Adv. Proc. No. 08-50157 (CSS) |
| EDGAR A. WEBER & COMPANY | Adv. Proc. No. 08-50167 (CSS) |
| ESSI PAYROLL & STAFFING SERVICES, INC. | Adv. Proc. No. 08-50172 (CSS) |
| EVERETT ASHURST and dba AMERICAN HONEY and BUD ASHURST AMERICAN HONEY | Adv. Proc. No. 08-50175 (CSS) |
| EXEL TRANSPORTATION SERVICES, INC. | Adv. Proc. No. 08-50240 (CSS) |
| FAR WEST DISTRIBUTORS, INC. | Adv. Proc. No. 08-50178 (CSS) |

| | |
|---|---|
| FASTENAL COMPANY dba FASTENAL INDUSTRIAL & CONSTRUCTION SUPPLIES | Adv. Proc. No. 08-50183 (CSS) |
| FIRMENICH INC. | Adv. Proc. No. 08-50189 (CSS) |
| FIRST AMERICAN TITLE INSURANCE COMPANY | Adv. Proc. No. 08-50192 (CSS) |
| FLAIR FLEXIBLE PACKAGING CORP. | Adv. Proc. No. 08-50218 (CSS) |
| FLAVOR PRODUCERS, INC. | Adv. Proc. No. 08-50087 (CSS) |
| FLAVOR SAVOR, INC. and PREMIUM INGREDIENTS INTERNATIONAL (US) LLC dba FLAVOR SAVOR | Adv. Proc. No. 08-50092 (CSS) |
| FMC CORPORATION dba FMC BIOPOLYMER; FMC BIOPOLYMER | Adv. Proc. No. 08-50099 (CSS) |
| FONA INTERNATIONAL INCORPORATED | Adv. Proc. No. 08-50101 (CSS) |
| GELITA USA INC. | Adv. Proc. No. 08-50106 (CSS) |
| GIVAUDAN FRAGRANCES CORPORATION | Adv. Proc. No. 08-50228 (CSS) |
| GLANBIA NUTRITIONALS, INC. | Adv. Proc. No. 08-50110 (CSS) |
| GOLDEN PEANUT COMPANY, LLC | Adv. Proc. No. 08-50121 (CSS) |
| GRACELAND FRUIT, INC. | Adv. Proc. No. 08-50231 (CSS) |
| GRAVEL & SHEA | Adv. Proc. No. 08-50123 (CSS) |
| GUITTARD CHOCOLATE CO. | Adv. Proc. No. 08-50127 (CSS) |
| HASSETT STORAGE WAREHOUSES, INC. dba HASSETT AIR EXPRESS; HASSETT AIR EXPRESS | Adv. Proc. No. 08-50129 (CSS) |
| HENRY H. OTTENS MANUFACTURING CO., dba OTTENS FLAVORS | Adv. Proc. No. 08-50132 (CSS) |
| HOSOKAWA MICRON INTERNATIONAL, INC. dba HOSOKAWA CONFECTIONERY & BAKERY | Adv. Proc. No. 08-50138 (CSS) |
| INCREDA-PROPERTIES, LLC | Adv. Proc. No. 08-50227 (CSS) |
| INDOPCO INC. dba QUEST INTERNATIONAL FLAVORS and FOOD INGREDIENTS COMPANY; QUEST INTERNATIONAL FLAVORS and FOOD INGREDIENTS COMPANY | Adv. Proc. No. 08-50142 (CSS) |
| INDULGENT FOODS, INC. | Adv. Proc. No. 08-50149 (CSS) |
| INMAN WELDING, INC. | Adv. Proc. No. 08-50153 (CSS) |
| INTERNATIONAL FLAVORS & FRAGRANCES INC. | Adv. Proc. No. 08-50158 (CSS) |
| INTERNATIONAL PAPER COMPANY | Adv. Proc. No. 08-50161 (CSS) |
| INTERNATIONAL PAPER COMPANY, d/b/a ZELLERBACH | Adv. Proc. No. 08-50224 (CSS) |
| JEFFERSON SMURFIT CORPORATION; SMURFIT STONE CONTAINER CORPORATION; SMURFIT-STONE CONTAINER ENTERPRISES, INC. dba STONE CONTAINER CORPORATION | Adv. Proc. No. 08-50165 (CSS) |

| | |
|---|---|
| JER CREATIVE FOOD CONCEPTS, INC. d/b/a GOLDEN SELECT FOODS COMPANY GELITA USA, INC. | Adv. Proc. No. 08-50168 (CSS) |
| JOHN B. SANFILIPPO & SON, INC. | Adv. Proc. No. 08-50173 (CSS) |
| KAFCO SALES COMPANY PRINTPACK, INC. | Adv. Proc. No. 08-50091 (CSS) |
| KELLEY CONTROLS, INC. | Adv. Proc. No. 08-50219 (CSS) |
| KERRY IN. dba KERRY SWEET INGREDIENTS, KERRY PROTEINS, KERRY SPECIALTY INGREDIENTS, KERRYNOR PROTEINS DIVISION, DERRY PROTEINS DIVISION and KERRY NUTRIANT | Adv. Proc. No. 08-50104 (CSS) |
| KLEEN KRAFT SERVICES, INC. | Adv. Proc. No. 08-50109 (CSS) |
| KRAFT FOOD INGREDIENTS CORP. | Adv. Proc. No. 08-50119 (CSS) |
| KRANSON INDUSTRIES, INC. dba TRICOBRAUN | Adv. Proc. No. 08-50124 (CSS) |
| LABELTRONIX, LLC | Adv. Proc. No. 08-50139 (CSS) |
| LIPSCOMB CHEMICAL CO., INC. | Adv. Proc. No. 08-50145 (CSS) |
| LODERS CROKLAAN INC. | Adv. Proc. No. 08-50155 (CSS) |
| MAK WOOD INC. | Adv. Proc. No. 08-50160 (CSS) |
| MALNOVE INCORPORATED OF UTAH | Adv. Proc. No. 08-50164 (CSS) |
| MANE, INC. dba MANE-CALIFORNIA BRANDS | Adv. Proc. No. 08-50170 (CSS) |
| MARANTZ BROTHERS, INC. dba CO-OPERATIVE PURCHASERS | Adv. Proc. No. 08-50179 (CSS) |
| MARK L. SCHMIDT | Adv. Proc. No. 08-50182 (CSS) |
| MARKEM CORPORATION | Adv. Proc. No. 08-50185 (CSS) |
| MARRS PRINTING, INC. | Adv. Proc. No. 08-50188 (CSS) |
| MATTHEW WILLIAM SCHMIDT AND dba QUICK SILVER STAINLESS STEEL | Adv. Proc. No. 08-50193 (CSS) |
| MAYPRO INDUSTRIES, INC. | Adv. Proc. No. 08-50196 (CSS) |
| MEELUNIE AMERICA, INC. | Adv. Proc. No. 08-50200 (CSS) |
| MIGUEL DENIS dba QUALITY FORKLIFT | Adv. Proc. No. 08-50203 (CSS) |
| MILPRINT, INC. | Adv. Proc. No. 08-50205 (CSS) |
| MISSION FLAVORS & FRAGRANCES, INC. | Adv. Proc. No. 08-50082 (CSS) |
| MITSUBISHI INTERNATIONAL FOOD INGREDIENTS, INC. | Adv. Proc. No. 08-50083 (CSS) |
| MOORE'S FLOUR MILL, INC. | Adv. Proc. No. 08-50084 (CSS) |
| NORTHERN GOLD FOODS LTD. | Adv. Proc. No. 08-50085 (CSS) |
| NORTHPAK COMPANY | Adv. Proc. No. 08-50220 (CSS) |
| OLD DOMINION FREIGHT LINE, INC. | Adv. Proc. No. 08-50086 (CSS) |
| ORAFTI NORTH AMERICA INC. | Adv. Proc. No. 08-50089 (CSS) |
| ORANGE COUNTY CONTAINER CORPORATION | Adv. Proc. No. 08-50090 (CSS) |
| OSF FLAVORS, INC. | Adv. Proc. No. 08-50229 (CSS) |
| PACIFICORP d/b/a ROCKY MOUNTAIN POWER | Adv. Proc. No. 08-50247 (CSS) |
| PACKAGING SOLUTIONS CORPORATION | Adv. Proc. No. 08-50093 (CSS) |
| PARADISE PACKAGING SUPPLIES, INC. | Adv. Proc. No. 08-50095 (CSS) |
| PARAMOUNT CAN COMPANY, INC. | Adv. Proc. No. 08-50098 (CSS) |

| | |
|---|---|
| PEARSON SALES COMPANY; PEARSON FOOD COMPANY, INCORPORATED dba PEARSON SALES COMPANY | Adv. Proc. No. 08-50102 (CSS) |
| POWER CHEMICAL INC. | Adv. Proc. No. 08-50108 (CSS) |
| POWER CONTROL COMPANY LLC; JOHN F. JACKMAN dba POWER CONTROL COMPANY | Adv. Proc. No. 08-50112 (CSS) |
| PREMIUM INGREDIENTS INTERNATIONAL (US) LLC and successor to PREMIUM INGREDIENTS, LTD. | Adv. Proc. No. 08-50115 (CSS) |
| PRIDE TRANSPORT, INCORPORATED | Adv. Proc. No. 08-50118 (CSS) |
| PRINTPACK, INC. | Adv. Proc. No. 08-50131 (CSS) |
| PRODO-PAK CORP. | Adv. Proc. No. 08-50135 (CSS) |
| PROTIENT, INC. | Adv. Proc. No. 08-50141 (CSS) |
| QUESTAR GAS COMPANY | Adv. Proc. No. 08-50146 (CSS) |
| R.J. VAN DRUNEN & SONS, INC. dba VAN DRUNEN FARMS; VAN DRUNEN FARMS | Adv. Proc. No. 08-50151 (CSS) |
| ROBERTET FLAVORS INC. | Adv. Proc. No. 08-50156 (CSS) |
| ROBERTO RUIZ and dba GABY'S TRANSPORT | Adv. Proc. No. 08-50159 (CSS) |
| ROMANO INVESTMENT CORPORATION | Adv. Proc. No. 08-50243 (CSS) |
| ROQUETTE AMERICA, INC. | Adv. Proc. No. 08-50162 (CSS) |
| ROTO-LITHO, INC. | Adv. Proc. No. 08-50163 (CSS) |
| ROYAL SUMMIT, INC. | Adv. Proc. No. 08-50166 (CSS) |
| RUBIO MACHINERY, INC. | Adv. Proc. No. 08-50169 (CSS) |
| RYCO PACKAGING CORPORATION | Adv. Proc. No. 08-50171 (CSS) |
| SANITATION DISTRICTS OF LOS ANGELES COUNTY | Adv. Proc. No. 08-50174 (CSS) |
| SAPUTO CHEESE AND PROTEIN LLC | Adv. Proc. No. 08-50176 (CSS) |
| SCHMIDT LANE, LLC | Adv. Proc. No. 08-50177 (CSS) |
| SEAGULL PRINTING SERVICES, INC. | Adv. Proc. No. 08-50180 (CSS) |
| SELTZER CHEMICALS, INC. | Adv. Proc. No. 08-50181 (CSS) |
| SENSIENT FLAVORS LLC fdba SENSIENT FLAVORS, INC. | Adv. Proc. No. 08-50184 (CSS) |
| SHO-ME CONTAINER, INC. | Adv. Proc. No. 08-50186 (CSS) |
| SOUTHERN CALIFORNIA EDISON COMPANY | Adv. Proc. No. 08-50190 (CSS) |
| STAFFING SOLUTIONS SOUTHWEST, INC. and STAFFING SOLUTIONS, INC. | Adv. Proc. No. 08-50195 (CSS) |
| STAFFMARK INVESTMENT LLC, STAFFMARK-CALIFORNIA, LLC, STAFFMARK-PACIFIC, LLC, STAFFMARK-WEST, LLC, STAFFMARK EAST, LLC, STAFFMARK PROFESSIONAL SERVICES, LLC | Adv. Proc. No. 08-50198 (CSS) |
| STAUBER PERFORMANCE INGREDIENTS, INC. | Adv. Proc. No. 08-50201 (CSS) |
| TAKASAGO INTERNATIONAL CORPORATION | Adv. Proc. No. 08-50232 (CSS) |
| THE CARRERA AGENCY, INC. | Adv. Proc. No. 08-50204 (CSS) |
| THE EDLONG CORPORATION dba EDLONG FLAVORS | Adv. Proc. No. 08-50206 (CSS) |

| | |
|---|---|
| THEODORE W. LEAHY and dba ULTIMATE CONTROLLED SYSTEMS | Adv. Proc. No. 08-50187 (CSS) |
| THERMO FISHER SCIENTIFIC INC. | Adv. Proc. No. 08-50239 (CSS) |
| TOTAL SWEETENERS, INC. dba CHICAGO SWEETENERS, INC. and INGREDIENTS INTERNATIONAL; CHICAGO SWEETENERS OF CALIFORNIA, INC. dba INGREDIENTS INTERNATIONAL | Adv. Proc. No. 08-50191 (CSS) |
| TREGA FOODS, INC. | Adv. Proc. No. 08-50194 (CSS) |
| UNITED CONCORDIA DENTAL PLANS OF CALIFORNIA, INC.; UNITED CONCORDIA COMPANIES, INC.; UNITED CONCORDIA INSURANCE COMPANY | Adv. Proc. No. 08-50197 (CSS) |
| UTAH PAPER BOX COMPANY | Adv. Proc. No. 08-50199 (CSS) |
| VIRGINIA DARE EXTRACT CO., INC. | Adv. Proc. No. 08-50202 (CSS) |
| VISTA UNIVERSAL INC. | Adv. Proc. No. 08-50207 (CSS) |
| VYSE GELATIN COMPANY | Adv. Proc. No. 08-50209 (CSS) |
| WATSON FOODS CO., INC. | Adv. Proc. No. 08-50211 (CSS) |
| WESTERN FLAVORS & FRAGRANCES INC. and KEY ESSENTIALS, INC. successor by merger to WESTERN FLAVORS & FRAGRANCES INC. | Adv. Proc. No. 08-50213 (CSS) |
| WESTERN MACHINE TECHNOLOGIES, INC. | Adv. Proc. No. 08-50233 (CSS) |
| WHITE STOKES COMPANY, INC. | Adv. Proc. No. 08-50215 (CSS) |
| WILD FLAVORS, INC. | Adv. Proc. No. 08-50208 (CSS) |
| WORKFLOW SOLUTIONS, LLC | Adv. Proc. No. 08-50214 (CSS) |
| YELLOW TRANSPORTATION INC. | Adv. Proc. No. 08-50210 (CSS) |
| ZAPP PACKAGING, INC. | Adv. Proc. No. 08-50212 (CSS) |
| | **Related to Docket Nos. 2083 and 2090** |

Objection Deadline: April 21, 2006 at 12:00 p.m. (noon) (prevailing Eastern time)
Hearing: April 22, 2006 at 3:00 p.m. (prevailing Eastern time)

### NOTICE OF DEBTORS' MOTION TO EXTEND TIME LIMIT FOR SERVICE OF PROCESS

TO:   (i) Office of the United States Trustee for the District of Delaware; (ii) Counsel for UBS; (iii) Counsel to the Creditors Committee; and those persons who have requested notice pursuant to Bankruptcy Rule 2002

On April 15, 2008, the captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion to Extend Time Limit for Service of Process* (Docket No. 2083) (Multicase filed in various adversary proceedings) (the "Motion"). The Motion requests that the Court enter an Order extending the time limit for service of process under Fed.

R. Bankr. P. 7004(a), 9006(b)(1) and Fed. R. Civ. P. 4(m) to and including September 22, 2008. A copy of the Motion was previously served on you. On April 15, 2008, the Debtors also filed the *Motion to Fix a Hearing Date and Shorten Time on Debtors' Motion to Extend Time Limit for Service of Process.* (Docket No. 2083) (Multicase filed in various adversary proceedings) (the "Motion to Shorten"), which was granted by the Court (Docket No. 2090) (Multicase filed in various adversary proceedings) (the "Order to Shorten"). A copy of the Order to Shorten is attached hereto as Exhibit A.

PURSUANT TO THE ORDER TO SHORTEN, OBJECTIONS AND RESPONSES TO THE MOTION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **12:00 P.M. PREVAILING EASTERN TIME ON APRIL 21, 2008.**

Objections or other responses to the Motion, if any, must also be served so that they are received not later than April 21, 2008, 12:00 p.m., prevailing Eastern time, by counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attention: Laura Davis Jones, Esq.

IF OBJECTIONS OR RESPONSES ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PRECEDING PARAGRAPH, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DELAWARE 19801 ON **APRIL 22, 2008 AT 3:00 P.M. PREVAILING EASTERN TIME.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 18, 2008                PACHULSKI STANG ZIEHL & JONES LLP

*Rachel L. Werkheiser*
Laura Davis Jones (Bar No. 2436)
Richard M. Pachulski (CA Bar No. 90073)
Brad R. Godshall (CA Bar No. 105438)
Maxim B. Litvak (CA Bar No. 215852)
Rachel Lowy Werkheiser (Bar No. 3753)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
       rpachulski@pszjlaw.com
       bgodshall@pszjlaw.com
       mlitvak@pszjlaw.com
       rwerkheiser@pszjlaw.com

Counsel for Debtors and Debtors in Possession