IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NELLSON NUTRACEUTICAL, INC., *et al.*, | Case No. 06-10072 (CSS) (Jointly Administered) |
| Debtors. | |
| NELLSON NUTRACEUTICAL, INC., NELLSON HOLDINGS, INC., NELLSON INTERMEDIATE HOLDINGS, INC., NELLSON NORTHERN OPERATING, INC., NELLSON NUTRACEUTICAL EASTERN DIVISION, INC., NELLSON NUTRACEUTICAL POWDER DIVISION, INC., and VITEX FOODS, INC., | |
| Plaintiffs, | |
| v. | |
| 3D STAINLESS MFG. CO., INC., a California Corporation, | Adv. Proc. No. 08-50088 (CSS) |
| AAI PROPERTIES, LLC, a California Limited Liability Company | Adv. Proc. No. 08-50096 (CSS) |
| ABBOTT LABORATORIES, an Illinois corporation d/b/a ROSS PRODUCTS DIVISION and ABBOTT NUTRITION | Adv. Proc. No. 08-50221 (CSS) |
| AETNA HEALTH INSURANCE OF CA, INC.; AETNA HEALTH AND LIFE INSURANCE COMPANY | Adv. Proc. No. 08-50242 (CSS) |
| AGILENT TECHNOLOGIES, INC., a Delaware corporation | Adv. Proc. No. 08-50100 (CSS) |
| AIR LIQUIDE AMERICA L.P. | Adv. Proc. No. 08-50103 (CSS) |
| ALCAN PACKAGING FOOD and TOBACCO, INC. | Adv. Proc. No. 08-50107 (CSS) |
| ALGOOD FOOD COMPANY | Adv. Proc. No. 08-50111 (CSS) |
| ALL PACKAGING COMPANY | Adv. Proc. No. 08-50114 (CSS) |
| ALLEN HIGGINS d/b/a A&L CONSTRUCTION | Adv. Proc. No. 08-50230 (CSS) |
| ALTIUS HEALTH PLANS, INC. | Adv. Proc. No. 08-50236 (CSS) |
| AMERICAN INTERNATIONAL COMPANY | Adv. Proc. No. 08-50245 (CSS) |
| AMGRAPH PACKAGING, INC. | Adv. Proc. No. 08-50117 (CSS) |
| AMMERAAL BELTECH INC. | Adv. Proc. No. 08-50120 (CSS) |
| ARCHER-DANIEL-MIDLAND COMPANY d/b/a PROTEIN SPECIALTIES DIVISION, ADM/LSI and LSI SPECIALTY PRODUCTS | Adv. Proc. No. 08-50122 (CSS) |

| | |
|---|---|
| B & K ELECTRIC WHOLESALE | Adv. Proc. No. 08-50126 (CSS) |
| B&D NUTRITIONAL INGREDIENTS, INC. | Adv. Proc. No. 08-50222 (CSS) |
| B1 NUTRACEUTICALS, INC. | Adv. Proc. No. 08-50235 (CSS) |
| BALCHEM CORPORATION | Adv. Proc. No. 08-50130 (CSS) |
| BARCODE LABELING SYSTEMS, INC. | Adv. Proc. No. 08-50134 (CSS) |
| BLUE DIAMOND GROWERS | Adv. Proc. No. 08-50216 (CSS) |
| BOSCH PACKAGING SERVICES, INC. | Adv. Proc. No. 08-50217 (CSS) |
| CALIFORNIA ENVIRONMENTAL CUP, INC. | Adv. Proc. No. 08-50136 (CSS) |
| CALIFORNIA NATURAL PRODUCTS | Adv. Proc. No. 08-50140 (CSS) |
| CARGILL FLAVOR SYSTEMS US, LLC | Adv. Proc. No. 08-50144 (CSS) |
| CARGILL, INCORPORATED dba CARGILL COCOA and CHOCOLATE | Adv. Proc. No. 08-50147 (CSS) |
| CARMI FLAVOR and FRAGRANCE COMPANY, INC. | Adv. Proc. No. 08-50150 (CSS) |
| CASE PAK INC. | Adv. Proc. No. 08-50246 (CSS) |
| CGU CAPITAL GROUP, LLC | Adv. Proc. No. 08-50154 (CSS) |
| CHALLENGE DAIRY PRODUCTS, INC. | Adv. Proc. No. 08-50094 (CSS) |
| CHEMI NUTRA, LLC | Adv. Proc. No. 08-50226 (CSS) |
| CHEMINEER, INC. | Adv. Proc. No. 08-50097 (CSS) |
| CHOOLJIAN & SONS, INC. d/b/a DEL REY PACKING CO.; DEL REY PACKING CO. | Adv. Proc. No. 08-50105 (CSS) |
| CLEAN AIR SPECIALISTS, INC. | Adv. Proc. No. 08-50225 (CSS) |
| COGNIS CORPORATION | Adv. Proc. No. 08-50113 (CSS) |
| COMMERCIAL PROTEINS CORPORATION | Adv. Proc. No. 08-50116 (CSS) |
| CONAGRA FOODS, INC. | Adv. Proc. No. 08-50244 (CSS) |
| CONCORD FOODS, INC. | Adv. Proc. No. 08-50125 (CSS) |
| CORN PRODUCTS INTERNATIONAL, INC. | Adv. Proc. No. 08-50238 (CSS) |
| CP KELCO U.S., INC. | Adv. Proc. No. 08-50128 (CSS) |
| CROCKETT CONTAINER CORPORATION; TIN INC., d/b/a CROCKET CONTAINER CORPORATION | Adv. Proc. No. 08-50133 (CSS) |
| CUSTOM PACKAGING, INC. | Adv. Proc. No. 08-50137 (CSS) |
| DAVID MICHAEL & CO., INC. | Adv. Proc. No. 08-50143 (CSS) |
| DAVID MORENO and LILLIANA MORENO dba MPD MACHINE | Adv. Proc. No. 08-50234 (CSS) |
| DAVISCO FOODS INTERNATIONAL, INC. | Adv. Proc. No. 08-50148 (CSS) |
| DELOITTE & TOUCHE LLP, a Delaware Limited Liability partnership | Adv. Proc. No. 08-50241 (CSS) |
| DIAMOND BAR ELECTRIC, INC. | Adv. Proc. No. 08-50152 (CSS) |
| DMV USA SP dba DMV INTERNATIONAL NUTRITIONALS | Adv. Proc. No. 08-50157 (CSS) |
| EDGAR A. WEBER & COMPANY | Adv. Proc. No. 08-50167 (CSS) |
| ESSI PAYROLL & STAFFING SERVICES, INC. | Adv. Proc. No. 08-50172 (CSS) |
| EVERETT ASHURST and dba AMERICAN HONEY and BUD ASHURST AMERICAN HONEY | Adv. Proc. No. 08-50175 (CSS) |
| EXEL TRANSPORTATION SERVICES, INC. | Adv. Proc. No. 08-50240 (CSS) |
| FAR WEST DISTRIBUTORS, INC. | Adv. Proc. No. 08-50178 (CSS) |

| | |
|---|---|
| FASTENAL COMPANY dba FASTENAL INDUSTRIAL & CONSTRUCTION SUPPLIES | Adv. Proc. No. 08-50183 (CSS) |
| FIRMENICH INC. | Adv. Proc. No. 08-50189 (CSS) |
| FIRST AMERICAN TITLE INSURANCE COMPANY | Adv. Proc. No. 08-50192 (CSS) |
| FLAIR FLEXIBLE PACKAGING CORP. | Adv. Proc. No. 08-50218 (CSS) |
| FLAVOR PRODUCERS, INC. | Adv. Proc. No. 08-50087 (CSS) |
| FLAVOR SAVOR, INC. and PREMIUM INGREDIENTS INTERNATIONAL (US) LLC dba FLAVOR SAVOR | Adv. Proc. No. 08-50092 (CSS) |
| FMC CORPORATION dba FMC BIOPOLYMER; FMC BIOPOLYMER | Adv. Proc. No. 08-50099 (CSS) |
| FONA INTERNATIONAL INCORPORATED | Adv. Proc. No. 08-50101 (CSS) |
| GELITA USA INC. | Adv. Proc. No. 08-50106 (CSS) |
| GIVAUDAN FRAGRANCES CORPORATION | Adv. Proc. No. 08-50228 (CSS) |
| GLANBIA NUTRITIONALS, INC. | Adv. Proc. No. 08-50110 (CSS) |
| GOLDEN PEANUT COMPANY, LLC | Adv. Proc. No. 08-50121 (CSS) |
| GRACELAND FRUIT, INC. | Adv. Proc. No. 08-50231 (CSS) |
| GRAVEL & SHEA | Adv. Proc. No. 08-50123 (CSS) |
| GUITTARD CHOCOLATE CO. | Adv. Proc. No. 08-50127 (CSS) |
| HASSETT STORAGE WAREHOUSES, INC. dba HASSETT AIR EXPRESS; HASSETT AIR EXPRESS | Adv. Proc. No. 08-50129 (CSS) |
| HENRY H. OTTENS MANUFACTURING CO., dba OTTENS FLAVORS | Adv. Proc. No. 08-50132 (CSS) |
| HOSOKAWA MICRON INTERNATIONAL, INC. dba HOSOKAWA CONFECTIONERY & BAKERY | Adv. Proc. No. 08-50138 (CSS) |
| INCREDA-PROPERTIES, LLC | Adv. Proc. No. 08-50227 (CSS) |
| INDOPCO INC. dba QUEST INTERNATIONAL FLAVORS and FOOD INGREDIENTS COMPANY; QUEST INTERNATIONAL FLAVORS and FOOD INGREDIENTS COMPANY | Adv. Proc. No. 08-50142 (CSS) |
| INDULGENT FOODS, INC. | Adv. Proc. No. 08-50149 (CSS) |
| INMAN WELDING, INC. | Adv. Proc. No. 08-50153 (CSS) |
| INTERNATIONAL FLAVORS & FRAGRANCES INC. | Adv. Proc. No. 08-50158 (CSS) |
| INTERNATIONAL PAPER COMPANY | Adv. Proc. No. 08-50161 (CSS) |
| INTERNATIONAL PAPER COMPANY, d/b/a ZELLERBACH | Adv. Proc. No. 08-50224 (CSS) |
| JEFFERSON SMURFIT CORPORATION; SMURFIT STONE CONTAINER CORPORATION; SMURFIT-STONE CONTAINER ENTERPRISES, INC. dba STONE CONTAINER CORPORATION | Adv. Proc. No. 08-50165 (CSS) |

| | |
|---|---|
| JER CREATIVE FOOD CONCEPTS, INC. d/b/a GOLDEN SELECT FOODS COMPANY GELITA USA, INC. | Adv. Proc. No. 08-50168 (CSS) |
| JOHN B. SANFILIPPO & SON, INC. | Adv. Proc. No. 08-50173 (CSS) |
| KAFCO SALES COMPANY PRINTPACK, INC. | Adv. Proc. No. 08-50091 (CSS) |
| KELLEY CONTROLS, INC. | Adv. Proc. No. 08-50219 (CSS) |
| KERRY IN. dba KERRY SWEET INGREDIENTS, KERRY PROTEINS, KERRY SPECIALTY INGREDIENTS, KERRYNOR PROTEINS DIVISION, DERRY PROTEINS DIVISION and KERRY NUTRIANT | Adv. Proc. No. 08-50104 (CSS) |
| KLEEN KRAFT SERVICES, INC. | Adv. Proc. No. 08-50109 (CSS) |
| KRAFT FOOD INGREDIENTS CORP. | Adv. Proc. No. 08-50119 (CSS) |
| KRANSON INDUSTRIES, INC. dba TRICOBRAUN | Adv. Proc. No. 08-50124 (CSS) |
| LABELTRONIX, LLC | Adv. Proc. No. 08-50139 (CSS) |
| LIPSCOMB CHEMICAL CO., INC. | Adv. Proc. No. 08-50145 (CSS) |
| LODERS CROKLAAN INC. | Adv. Proc. No. 08-50155 (CSS) |
| MAK WOOD INC. | Adv. Proc. No. 08-50160 (CSS) |
| MALNOVE INCORPORATED OF UTAH | Adv. Proc. No. 08-50164 (CSS) |
| MANE, INC. dba MANE-CALIFORNIA BRANDS | Adv. Proc. No. 08-50170 (CSS) |
| MARANTZ BROTHERS, INC. dba CO-OPERATIVE PURCHASERS | Adv. Proc. No. 08-50179 (CSS) |
| MARK L. SCHMIDT | Adv. Proc. No. 08-50182 (CSS) |
| MARKEM CORPORATION | Adv. Proc. No. 08-50185 (CSS) |
| MARRS PRINTING, INC. | Adv. Proc. No. 08-50188 (CSS) |
| MATTHEW WILLIAM SCHMIDT AND dba QUICK SILVER STAINLESS STEEL | Adv. Proc. No. 08-50193 (CSS) |
| MAYPRO INDUSTRIES, INC. | Adv. Proc. No. 08-50196 (CSS) |
| MEELUNIE AMERICA, INC. | Adv. Proc. No. 08-50200 (CSS) |
| MIGUEL DENIS dba QUALITY FORKLIFT | Adv. Proc. No. 08-50203 (CSS) |
| MILPRINT, INC. | Adv. Proc. No. 08-50205 (CSS) |
| MISSION FLAVORS & FRAGRANCES, INC. | Adv. Proc. No. 08-50082 (CSS) |
| MITSUBISHI INTERNATIONAL FOOD INGREDIENTS, INC. | Adv. Proc. No. 08-50083 (CSS) |
| MOORE'S FLOUR MILL, INC. | Adv. Proc. No. 08-50084 (CSS) |
| NORTHERN GOLD FOODS LTD. | Adv. Proc. No. 08-50085 (CSS) |
| NORTHPAK COMPANY | Adv. Proc. No. 08-50220 (CSS) |
| OLD DOMINION FREIGHT LINE, INC. | Adv. Proc. No. 08-50086 (CSS) |
| ORAFTI NORTH AMERICA INC. | Adv. Proc. No. 08-50089 (CSS) |
| ORANGE COUNTY CONTAINER CORPORATION | Adv. Proc. No. 08-50090 (CSS) |
| OSF FLAVORS, INC. | Adv. Proc. No. 08-50229 (CSS) |
| PACIFICORP d/b/a ROCKY MOUNTAIN POWER | Adv. Proc. No. 08-50247 (CSS) |
| PACKAGING SOLUTIONS CORPORATION | Adv. Proc. No. 08-50093 (CSS) |
| PARADISE PACKAGING SUPPLIES, INC. | Adv. Proc. No. 08-50095 (CSS) |
| PARAMOUNT CAN COMPANY, INC. | Adv. Proc. No. 08-50098 (CSS) |

| | |
|---|---|
| PEARSON SALES COMPANY; PEARSON FOOD COMPANY, INCORPORATED dba PEARSON SALES COMPANY | Adv. Proc. No. 08-50102 (CSS) |
| POWER CHEMICAL INC. | Adv. Proc. No. 08-50108 (CSS) |
| POWER CONTROL COMPANY LLC; JOHN F. JACKMAN dba POWER CONTROL COMPANY | Adv. Proc. No. 08-50112 (CSS) |
| PREMIUM INGREDIENTS INTERNATIONAL (US) LLC and successor to PREMIUM INGREDIENTS, LTD. | Adv. Proc. No. 08-50115 (CSS) |
| PRIDE TRANSPORT, INCORPORATED | Adv. Proc. No. 08-50118 (CSS) |
| PRINTPACK, INC. | Adv. Proc. No. 08-50131 (CSS) |
| PRODO-PAK CORP. | Adv. Proc. No. 08-50135 (CSS) |
| PROTIENT, INC. | Adv. Proc. No. 08-50141 (CSS) |
| QUESTAR GAS COMPANY | Adv. Proc. No. 08-50146 (CSS) |
| R.J. VAN DRUNEN & SONS, INC. dba VAN DRUNEN FARMS; VAN DRUNEN FARMS | Adv. Proc. No. 08-50151 (CSS) |
| ROBERTET FLAVORS INC. | Adv. Proc. No. 08-50156 (CSS) |
| ROBERTO RUIZ and dba GABY'S TRANSPORT | Adv. Proc. No. 08-50159 (CSS) |
| ROMANO INVESTMENT CORPORATION | Adv. Proc. No. 08-50243 (CSS) |
| ROQUETTE AMERICA, INC. | Adv. Proc. No. 08-50162 (CSS) |
| ROTO-LITHO, INC. | Adv. Proc. No. 08-50163 (CSS) |
| ROYAL SUMMIT, INC. | Adv. Proc. No. 08-50166 (CSS) |
| RUBIO MACHINERY, INC. | Adv. Proc. No. 08-50169 (CSS) |
| RYCO PACKAGING CORPORATION | Adv. Proc. No. 08-50171 (CSS) |
| SANITATION DISTRICTS OF LOS ANGELES COUNTY | Adv. Proc. No. 08-50174 (CSS) |
| SAPUTO CHEESE AND PROTEIN LLC | Adv. Proc. No. 08-50176 (CSS) |
| SCHMIDT LANE, LLC | Adv. Proc. No. 08-50177 (CSS) |
| SEAGULL PRINTING SERVICES, INC. | Adv. Proc. No. 08-50180 (CSS) |
| SELTZER CHEMICALS, INC. | Adv. Proc. No. 08-50181 (CSS) |
| SENSIENT FLAVORS LLC fdba SENSIENT FLAVORS, INC. | Adv. Proc. No. 08-50184 (CSS) |
| SHO-ME CONTAINER, INC. | Adv. Proc. No. 08-50186 (CSS) |
| SOUTHERN CALIFORNIA EDISON COMPANY | Adv. Proc. No. 08-50190 (CSS) |
| STAFFING SOLUTIONS SOUTHWEST, INC. and STAFFING SOLUTIONS, INC. | Adv. Proc. No. 08-50195 (CSS) |
| STAFFMARK INVESTMENT LLC, STAFFMARK-CALIFORNIA, LLC, STAFFMARK-PACIFIC, LLC, STAFFMARK-WEST, LLC, STAFFMARK EAST, LLC, STAFFMARK PROFESSIONAL SERVICES, LLC | Adv. Proc. No. 08-50198 (CSS) |
| STAUBER PERFORMANCE INGREDIENTS, INC. | Adv. Proc. No. 08-50201 (CSS) |
| TAKASAGO INTERNATIONAL CORPORATION | Adv. Proc. No. 08-50232 (CSS) |
| THE CARRERA AGENCY, INC. | Adv. Proc. No. 08-50204 (CSS) |
| THE EDLONG CORPORATION dba EDLONG FLAVORS | Adv. Proc. No. 08-50206 (CSS) |

| | |
|---|---|
| THEODORE W. LEAHY and dba ULTIMATE CONTROLLED SYSTEMS | Adv. Proc. No. 08-50187 (CSS) |
| THERMO FISHER SCIENTIFIC INC. | Adv. Proc. No. 08-50239 (CSS) |
| TOTAL SWEETENERS, INC. dba CHICAGO SWEETENERS, INC. and INGREDIENTS INTERNATIONAL; CHICAGO SWEETENERS OF CALIFORNIA, INC. dba INGREDIENTS INTERNATIONAL | Adv. Proc. No. 08-50191 (CSS) |
| TREGA FOODS, INC. | Adv. Proc. No. 08-50194 (CSS) |
| UNITED CONCORDIA DENTAL PLANS OF CALIFORNIA, INC.; UNITED CONCORDIA COMPANIES, INC.; UNITED CONCORDIA INSURANCE COMPANY | Adv. Proc. No. 08-50197 (CSS) |
| UTAH PAPER BOX COMPANY | Adv. Proc. No. 08-50199 (CSS) |
| VIRGINIA DARE EXTRACT CO., INC. | Adv. Proc. No. 08-50202 (CSS) |
| VISTA UNIVERSAL INC. | Adv. Proc. No. 08-50207 (CSS) |
| VYSE GELATIN COMPANY | Adv. Proc. No. 08-50209 (CSS) |
| WATSON FOODS CO., INC. | Adv. Proc. No. 08-50211 (CSS) |
| WESTERN FLAVORS & FRAGRANCES INC. and KEY ESSENTIALS, INC. successor by merger to WESTERN FLAVORS & FRAGRANCES INC. | Adv. Proc. No. 08-50213 (CSS) |
| WESTERN MACHINE TECHNOLOGIES, INC. | Adv. Proc. No. 08-50233 (CSS) |
| WHITE STOKES COMPANY, INC. | Adv. Proc. No. 08-50215 (CSS) |
| WILD FLAVORS, INC. | Adv. Proc. No. 08-50208 (CSS) |
| WORKFLOW SOLUTIONS, LLC | Adv. Proc. No. 08-50214 (CSS) |
| YELLOW TRANSPORTATION INC. | Adv. Proc. No. 08-50210 (CSS) |
| ZAPP PACKAGING, INC. | Adv. Proc. No. 08-50212 (CSS) |

## CERTIFICATE OF SERVICE

I, Rachel Lowy Werkheiser, hereby certify that on this 18th day of April 2006, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list(s) in the manner indicated thereon:

**NOTICE OF DEBTORS' MOTION TO EXTEND TIME LIMIT FOR SERVICE OF PROCESS; and Exhibit A.**

*/s/ Rachel L. Werkheiser*
Rachel Lowy Werkheiser (Bar No. 3753)

Nellson Nutraceutical, Inc. 2002 Overnight Service List
Case No. 06-10072 (CSS)
Document No. 114713
18 – Hand Delivery
02 – Interoffice Delivery
37 – Overnight Delivery
02 – Express Mail

(Counsel for the Debtors)
Laura Davis Jones, Esquire
Rachel Lowy Werkheiser, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Mail**
(Counsel for the Debtors)
Debra Grassgreen, Esquire
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Interoffice Mail**
(Counsel for the Debtors)
Richard M. Pachulski, Esquire
Brad R. Godshall, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067

**Hand Delivery**
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

**Hand Delivery**
(Trustee)
William Harrington, Esquire
Office of the United States Trustee)
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Fremont Investors VII, LLC)
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Wells Fargo Bank, N.A. and Well Fargo Brokerage Services, LLC)
Richard Cobb, Esquire
Landis, Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Pride Transport, Inc., Erie Foods, Inc., Malnove, Inc.)
Jackson Shrum, Esquire
Ron L. Woodman, Esquire
Archer & Greiner
A Professional Corporation
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Westaff (USA))
James E. Huggett, Esquire
Margolis Edelstein
1506 Gilpin Avenue
Wilmington, DE 19806

**Hand Delivery**
(Counsel for the Official Committee of Unsecured Creditors)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel to UBS)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Orafti)
Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street Suite 1400
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Dell Marketing, L.P.)
Patricia P. McGonigle, Esquire
Seitz, Vanogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Informal Committee of First Lien Lenders)
Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Utah Paperbox Company)
Neil B. Glassman, Esquire
Daniel K. Astin, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**Hand Delivery**
(Counsel to The Bloomer Chocolate Company)
Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

**Hand Delivery**
(Counsel to The Solae Company)
Jennifer A.L. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Kraft Foods Global, Inc.)
Jason W. Staib, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for APV North America, Inc and Baker Perkins, Inc.)
Brett D. Fallon, Esquire
Thomas M. Horan, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899-2306

**Hand Delivery**
(Counsel for Nellson Acquisition Co., LLC)
Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Express Mail**
(CGU Capital Group, LLC)
B. Dale Ulman
CGU Capital Group, LLC
PO Box 2573
Palos Verde Peninsula, CA 90274

**Express Mail**
(Riverside Claims LLC)
Neil Herskowitz
Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

**Overnight Delivery**
(Counsel to UBS)
James J. Holman, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA

**Overnight Delivery**
(Counsel to UBS AG)
Gregory A. Bray, Esquire
Thomas R. Kreller, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017

**Overnight Delivery**
(Counsel to Fremont Investors VII, LLC)
Suzanne Uhland, Esquire
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

**Overnight Delivery**
(Counsel to Wells Fargo Bank, N.A. and
Well Fargo Brokerage Services, LLC)
Maria K. Pum, Esquire
Henderson & Caverly LLP
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA 92067

**Overnight Delivery**
(Counsel to the Ad Hoc Committee of First
Lien Lenders)
Fred Hodara, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
19th Floor
New York, NY 10022-2524

**Overnight Delivery**
(Counsel to Wells Fargo Bank, N.A. and
Well Fargo Brokerage Services, LLC)
Daniel P. Ginsberg, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

**Overnight Delivery**
(Wells Fargo Bank, N.A. and Well Fargo
Brokerage Services, LLC)
Ms. Ellen Trach
Wells Fargo Bank, N.A.
MAC N9305-198
90 South 7th Street
Minneapolis, MN 55479

**Overnight Delivery**
(Counsel to Erie Foods International, Inc.)
Dale G. Haake, Esquire
Katz, Huntoon & Fieweger, P.C.
1000 36th Avenue
Moline, IL 61265

**Overnight Delivery**
(Counsel to Experimental and Applied Sciences, Inc. a/k/a EAS, Inc.)
Samuel C. Wisotzkey, Esquire
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059

**Overnight Delivery**
(Counsel for the Official Committee of Unsecured Creditors)
Claudia Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

**Overnight Delivery**
(Counsel to Ryco Packaging Corporation)
Steven J. Woolley, Esquire
Marks Clare & Richards, LLC
11605 Miracle Hills Drive., Suite 300
Omaha, NE 542005

**Overnight Delivery**
)
Stacey Harris
Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue
New York, NY 10152

**Overnight Delivery**
(Counsel to Farbest-Tallman Foods Corp.)
Stephen V. Falanga, Esquire
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068-9500

**Overnight Delivery**
(Counsel to Clasen Quality Coatings, Inc.)
Thomas J. O'Brien, Esquire
Peter C. Blain, Esquire
Reinhart Boerner Van Deuren S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202-3186

**Overnight Delivery**
(Counsel to Dell Marketing, L.P.)
Sabrina L. Streusand, Esquire
G. James Landon, Esquire
Hughes & Luce, LLP
111 Congress Avenue, Suite 900
Austin, TX 78701

**Overnight Delivery**
(Counsel to Informal Committee of First Lien Lenders)
Scott L. Alberino, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

**Overnight Delivery**
(Informal Committee of First Lien Lenders)
Steve Landzberg
Paul Lukaszewski
Roderick Bryce
Barclays Bank PLC
200 Park Avenue
New York, NY 10166

**Overnight Delivery**
(Informal Committee of First Lien Lenders)
Michelle Patterson
Cypresstree Investment Management
Company, Inc.
1 Boston Place, 16th Floor
Boston, MA  02108

**Overnight Delivery**
(Informal Committee of First Lien Lenders)
Kamilah Boyd
General Electric Capital Corporation
Bank Loan Group
201 Merritt 7
PO Box 5201
Norwalk, CT  06856

**Overnight Delivery**
(Counsel to McCormick & Company)
Daniel J. Carrigan, Esquire
DLA Piper Rudnick US LLP
1200  19th Street, N.W.
Washington, DC  20036

**Overnight Delivery**
(McCormick & Company)
Mr. Austin Nooney
McCormick & Company, Inc.
211 Schilling Circle
Hunt Valley, MD  21031

**Overnight Delivery**
(Fee Auditor)
Warren H. Smith, Esquire
Warren H. Smith & Associates, P.C.
Republic Center
325 North St. Paul, Suite 1275
Dallas, TX  75201

**Overnight Delivery**
(Counsel to Barry Callebaut USA Inc)
Paula K. Tucker, Esquire
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX  75201

**Overnight Delivery**
Counsel to The Bloomer Chocolate
Company)
David W. Wirt, Esquire
Courtney Engelbrecht Barr, Esquire
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601

**Overnight Delivery**
(Counsel to Conopco, Inc.)
Andrew C. Gold, Esquire
Herrick, Feinstein LLP
2 Park Avenue
New York, NY  10016

**Overnight Delivery**
(Counsel to The Solae Company)
Vincent J. Marriott, III, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

**Overnight Delivery**
(St. Paul Travelers)
Beth Dibiaso-Francis
Account Resolution
St. Paul Travelers
National Accounts
1 Tower Square – 5MN
Hartford, CT  06183-4044

**Overnight Delivery**
(Counsel to All Packaging Company, Inc.)
Lawrence Bass, Esquire
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO  80203

**Overnight Delivery**
(Con-way Transportation Services, Inc.)
Susan de la Cruz
CWY Credit
Bankruptcy Department
Con-Way Transportation Services, Inc.
5555 Ruff Snow Dr., Suite 5515
North Richland Hills, TX 76180

**Overnight Delivery**
(State of Michigan, Dept. of Treasury)
Michael A. Cox, Attorney General
Julius O. Curling, Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

*Overnight Delivery*
(Examiner)
Michael Luskin, Esquire
Luskin, Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY 10017

**Overnight Delivery**
(Counsel to Kraft Foods Global, Inc.)
Janice L. Duban, Esquire
Financial Restructuring and Bankruptcy
DLA Piper US LLP
203 North La Salle Street, Suite 1900
Chicago, IL 60601

**Overnight Delivery**
(Counsel to NBTY)
Lisa M. Golden, Esquire
Jaspan Schlesinger Hoffman, LLP
300 Garden City Plaza
Garden City, NY 11530

**Overnight Delivery**
(Counsel for Malnove, Inc.)
Ron L. Woodman, Esquire
The Chartwell Law Offices, LLP
2621 Van Buren Avenue
Norristown, PA 19403

**Overnight Delivery**
(Counsel for Archmides funding III Ltd., Archmides Funding IV (Cayman), Ltd., Endurance CLO I, Ltd., New York Life Insurance and Annuity Corporation, New York Likde Insurance Company, NYLIM Flatiron CLO 2003-1 Ltd., NYLIM Flatiron CLO 2004-1 and Westgate Horizons)
David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Daniel A. Fliman, Esquire
Kasowitz, Benson, Torress & Friedman LLP
1633 Broadway
New York, NY 10019

**Overnight Delivery**
(Counsel for APV North America, Inc and Baker Perkins, Inc.)
Gary R. Wallace, Esquire
Haight, Brown & Bonesteel, LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-7574

**First Class Mail**
(Counsel for Nellson Acquisition Co., LLC)
Scott L. Alberino, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

**First Class Mail**
(Counsel for Nellson Acquisition Co., LLC)
Fred S. Hodara, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022