IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NELLSON NUTRACEUTICAL, INC., *et al.*, | Case No. 06-10072 (CSS) <br> (Jointly Administered) |
| Debtors. | |
| NELLSON NUTRACEUTICAL, INC., NELLSON HOLDINGS, INC., NELLSON INTERMEDIATE HOLDINGS, INC., NELLSON NORTHERN OPERATING, INC., NELLSON NUTRACEUTICAL EASTERN DIVISION, INC., NELLSON NUTRACEUTICAL POWDER DIVISION, INC., and VITEX FOODS, INC., | |
| Plaintiffs, | |
| v. | |
| 3D STAINLESS MFG. CO., INC., a California Corporation, | Adv. Proc. No. 08-50088 (CSS) |
| AAI PROPERTIES, LLC, a California Limited Liability Company | Adv. Proc. No. 08-50096 (CSS) |
| ABBOTT LABORATORIES, an Illinois corporation d/b/a ROSS PRODUCTS DIVISION and ABBOTT NUTRITION | Adv. Proc. No. 08-50221 (CSS) |
| AETNA HEALTH INSURANCE OF CA, INC.; AETNA HEALTH AND LIFE INSURANCE COMPANY | Adv. Proc. No. 08-50242 (CSS) |
| AGILENT TECHNOLOGIES, INC., a Delaware corporation | Adv. Proc. No. 08-50100 (CSS) |
| AIR LIQUIDE AMERICA L.P. | Adv. Proc. No. 08-50103 (CSS) |
| ALCAN PACKAGING FOOD and TOBACCO, INC. | Adv. Proc. No. 08-50107 (CSS) |
| ALGOOD FOOD COMPANY | Adv. Proc. No. 08-50111 (CSS) |
| ALL PACKAGING COMPANY | Adv. Proc. No. 08-50114 (CSS) |
| ALLEN HIGGINS d/b/a A&L CONSTRUCTION | Adv. Proc. No. 08-50230 (CSS) |
| ALTIUS HEALTH PLANS, INC. | Adv. Proc. No. 08-50236 (CSS) |
| AMERICAN INTERNATIONAL COMPANY | Adv. Proc. No. 08-50245 (CSS) |
| AMGRAPH PACKAGING, INC. | Adv. Proc. No. 08-50117 (CSS) |
| AMMERAAL BELTECH INC. | Adv. Proc. No. 08-50120 (CSS) |

| | |
|---|---|
| ARCHER-DANIEL-MIDLAND COMPANY d/b/a PROTEIN SPECIALTIES DIVISION, ADM/LSI and LSI SPECIALTY PRODUCTS | Adv. Proc. No. 08-50122 (CSS) |
| B & K ELECTRIC WHOLESALE | Adv. Proc. No. 08-50126 (CSS) |
| B&D NUTRITIONAL INGREDIENTS, INC. | Adv. Proc. No. 08-50222 (CSS) |
| B1 NUTRACEUTICALS, INC. | Adv. Proc. No. 08-50235 (CSS) |
| BALCHEM CORPORATION | Adv. Proc. No. 08-50130 (CSS) |
| BARCODE LABELING SYSTEMS, INC. | Adv. Proc. No. 08-50134 (CSS) |
| BLUE DIAMOND GROWERS | Adv. Proc. No. 08-50216 (CSS) |
| BOSCH PACKAGING SERVICES, INC. | Adv. Proc. No. 08-50217 (CSS) |
| CALIFORNIA ENVIRONMENTAL CUP, INC. | Adv. Proc. No. 08-50136 (CSS) |
| CALIFORNIA NATURAL PRODUCTS | Adv. Proc. No. 08-50140 (CSS) |
| CARGILL FLAVOR SYSTEMS US, LLC | Adv. Proc. No. 08-50144 (CSS) |
| CARGILL, INCORPORATED dba CARGILL COCOA and CHOCOLATE | Adv. Proc. No. 08-50147 (CSS) |
| CARMI FLAVOR and FRAGRANCE COMPANY, INC. | Adv. Proc. No. 08-50150 (CSS) |
| CASE PAK INC. | Adv. Proc. No. 08-50246 (CSS) |
| CGU CAPITAL GROUP, LLC | Adv. Proc. No. 08-50154 (CSS) |
| CHALLENGE DAIRY PRODUCTS, INC. | Adv. Proc. No. 08-50094 (CSS) |
| CHEMI NUTRA, LLC | Adv. Proc. No. 08-50226 (CSS) |
| CHEMINEER, INC. | Adv. Proc. No. 08-50097 (CSS) |
| CHOOLJIAN & SONS, INC. d/b/a DEL REY PACKING CO.; DEL REY PACKING CO. | Adv. Proc. No. 08-50105 (CSS) |
| CLEAN AIR SPECIALISTS, INC. | Adv. Proc. No. 08-50225 (CSS) |
| COGNIS CORPORATION | Adv. Proc. No. 08-50113 (CSS) |
| COMMERCIAL PROTEINS CORPORATION | Adv. Proc. No. 08-50116 (CSS) |
| CONAGRA FOODS, INC. | Adv. Proc. No. 08-50244 (CSS) |
| CONCORD FOODS, INC. | Adv. Proc. No. 08-50125 (CSS) |
| CORN PRODUCTS INTERNATIONAL, INC. | Adv. Proc. No. 08-50238 (CSS) |
| CP KELCO U.S., INC. | Adv. Proc. No. 08-50128 (CSS) |
| CROCKETT CONTAINER CORPORATION; TIN INC., d/b/a CROCKET CONTAINER CORPORATION | Adv. Proc. No. 08-50133 (CSS) |
| CUSTOM PACKAGING, INC. | Adv. Proc. No. 08-50137 (CSS) |
| DAVID MICHAEL & CO., INC. | Adv. Proc. No. 08-50143 (CSS) |
| DAVID MORENO and LILLIANA MORENO dba MPD MACHINE | Adv. Proc. No. 08-50234 (CSS) |
| DAVISCO FOODS INTERNATIONAL, INC. | Adv. Proc. No. 08-50148 (CSS) |
| DELOITTE & TOUCHE LLP, a Delaware Limited Liability partnership | Adv. Proc. No. 08-50241 (CSS) |
| DIAMOND BAR ELECTRIC, INC. | Adv. Proc. No. 08-50152 (CSS) |
| DMV USA SP dba DMV INTERNATIONAL NUTRITIONALS | Adv. Proc. No. 08-50157 (CSS) |
| EDGAR A. WEBER & COMPANY | Adv. Proc. No. 08-50167 (CSS) |
| ESSI PAYROLL & STAFFING SERVICES, INC. | Adv. Proc. No. 08-50172 (CSS) |

| | |
|---|---|
| EVERETT ASHURST and dba AMERICAN HONEY and BUD ASHURST AMERICAN HONEY | Adv. Proc. No. 08-50175 (CSS) |
| EXEL TRANSPORTATION SERVICES, INC. | Adv. Proc. No. 08-50240 (CSS) |
| FAR WEST DISTRIBUTORS, INC. | Adv. Proc. No. 08-50178 (CSS) |
| FASTENAL COMPANY dba FASTENAL INDUSTRIAL & CONSTRUCTION SUPPLIES | Adv. Proc. No. 08-50183 (CSS) |
| FIRMENICH INC. | Adv. Proc. No. 08-50189 (CSS) |
| FIRST AMERICAN TITLE INSURANCE COMPANY | Adv. Proc. No. 08-50192 (CSS) |
| FLAIR FLEXIBLE PACKAGING CORP. | Adv. Proc. No. 08-50218 (CSS) |
| FLAVOR PRODUCERS, INC. | Adv. Proc. No. 08-50087 (CSS) |
| FLAVOR SAVOR, INC. and PREMIUM INGREDIENTS INTERNATIONAL (US) LLC dba FLAVOR SAVOR | Adv. Proc. No. 08-50092 (CSS) |
| FMC CORPORATION dba FMC BIOPOLYMER; FMC BIOPOLYMER | Adv. Proc. No. 08-50099 (CSS) |
| FONA INTERNATIONAL INCORPORATED | Adv. Proc. No. 08-50101 (CSS) |
| GELITA USA INC. | Adv. Proc. No. 08-50106 (CSS) |
| GIVAUDAN FRAGRANCES CORPORATION | Adv. Proc. No. 08-50228 (CSS) |
| GLANBIA NUTRITIONALS, INC. | Adv. Proc. No. 08-50110 (CSS) |
| GOLDEN PEANUT COMPANY, LLC | Adv. Proc. No. 08-50121 (CSS) |
| GRACELAND FRUIT, INC. | Adv. Proc. No. 08-50231 (CSS) |
| GRAVEL & SHEA | Adv. Proc. No. 08-50123 (CSS) |
| GUITTARD CHOCOLATE CO. | Adv. Proc. No. 08-50127 (CSS) |
| HASSETT STORAGE WAREHOUSES, INC. dba HASSETT AIR EXPRESS; HASSETT AIR EXPRESS | Adv. Proc. No. 08-50129 (CSS) |
| HENRY H. OTTENS MANUFACTURING CO., dba OTTENS FLAVORS | Adv. Proc. No. 08-50132 (CSS) |
| HOSOKAWA MICRON INTERNATIONAL, INC. dba HOSOKAWA CONFECTIONERY & BAKERY | Adv. Proc. No. 08-50138 (CSS) |
| INCREDA-PROPERTIES, LLC | Adv. Proc. No. 08-50227 (CSS) |
| INDOPCO INC. dba QUEST INTERNATIONAL FLAVORS and FOOD INGREDIENTS COMPANY; QUEST INTERNATIONAL FLAVORS and FOOD INGREDIENTS COMPANY | Adv. Proc. No. 08-50142 (CSS) |
| INDULGENT FOODS, INC. | Adv. Proc. No. 08-50149 (CSS) |
| INMAN WELDING, INC. | Adv. Proc. No. 08-50153 (CSS) |
| INTERNATIONAL FLAVORS & FRAGRANCES INC. | Adv. Proc. No. 08-50158 (CSS) |
| INTERNATIONAL PAPER COMPANY | Adv. Proc. No. 08-50161 (CSS) |
| INTERNATIONAL PAPER COMPANY, d/b/a ZELLERBACH | Adv. Proc. No. 08-50224 (CSS) |

| | |
|---|---|
| JEFFERSON SMURFIT CORPORATION; SMURFIT STONE CONTAINER CORPORATION; SMURFIT-STONE CONTAINER ENTERPRISES, INC. dba STONE CONTAINER CORPORATION | Adv. Proc. No. 08-50165 (CSS) |
| JER CREATIVE FOOD CONCEPTS, INC. d/b/a GOLDEN SELECT FOODS COMPANY GELITA USA, INC. | Adv. Proc. No. 08-50168 (CSS) |
| JOHN B. SANFILIPPO & SON, INC. | Adv. Proc. No. 08-50173 (CSS) |
| KAFCO SALES COMPANY PRINTPACK, INC. | Adv. Proc. No. 08-50091 (CSS) |
| KELLEY CONTROLS, INC. | Adv. Proc. No. 08-50219 (CSS) |
| KERRY IN. dba KERRY SWEET INGREDIENTS, KERRY PROTEINS, KERRY SPECIALTY INGREDIENTS, KERRYNOR PROTEINS DIVISION, DERRY PROTEINS DIVISION and KERRY NUTRIANT | Adv. Proc. No. 08-50104 (CSS) |
| KLEEN KRAFT SERVICES, INC. | Adv. Proc. No. 08-50109 (CSS) |
| KRAFT FOOD INGREDIENTS CORP. | Adv. Proc. No. 08-50119 (CSS) |
| KRANSON INDUSTRIES, INC. dba TRICOBRAUN | Adv. Proc. No. 08-50124 (CSS) |
| LABELTRONIX, LLC | Adv. Proc. No. 08-50139 (CSS) |
| LIPSCOMB CHEMICAL CO., INC. | Adv. Proc. No. 08-50145 (CSS) |
| LODERS CROKLAAN INC. | Adv. Proc. No. 08-50155 (CSS) |
| MAK WOOD INC. | Adv. Proc. No. 08-50160 (CSS) |
| MALNOVE INCORPORATED OF UTAH | Adv. Proc. No. 08-50164 (CSS) |
| MANE, INC. dba MANE-CALIFORNIA BRANDS | Adv. Proc. No. 08-50170 (CSS) |
| MARANTZ BROTHERS, INC. dba CO-OPERATIVE PURCHASERS | Adv. Proc. No. 08-50179 (CSS) |
| MARK L. SCHMIDT | Adv. Proc. No. 08-50182 (CSS) |
| MARKEM CORPORATION | Adv. Proc. No. 08-50185 (CSS) |
| MARRS PRINTING, INC. | Adv. Proc. No. 08-50188 (CSS) |
| MATTHEW WILLIAM SCHMIDT AND dba QUICK SILVER STAINLESS STEEL | Adv. Proc. No. 08-50193 (CSS) |
| MAYPRO INDUSTRIES, INC. | Adv. Proc. No. 08-50196 (CSS) |
| MEELUNIE AMERICA, INC. | Adv. Proc. No. 08-50200 (CSS) |
| MIGUEL DENIS dba QUALITY FORKLIFT | Adv. Proc. No. 08-50203 (CSS) |
| MILPRINT, INC. | Adv. Proc. No. 08-50205 (CSS) |
| MISSION FLAVORS & FRAGRANCES, INC. | Adv. Proc. No. 08-50082 (CSS) |
| MITSUBISHI INTERNATIONAL FOOD INGREDIENTS, INC. | Adv. Proc. No. 08-50083 (CSS) |
| MOORE'S FLOUR MILL, INC. | Adv. Proc. No. 08-50084 (CSS) |
| NORTHERN GOLD FOODS LTD. | Adv. Proc. No. 08-50085 (CSS) |
| NORTHPAK COMPANY | Adv. Proc. No. 08-50220 (CSS) |
| OLD DOMINION FREIGHT LINE, INC. | Adv. Proc. No. 08-50086 (CSS) |
| ORAFTI NORTH AMERICA INC. | Adv. Proc. No. 08-50089 (CSS) |

| | |
|---|---|
| ORANGE COUNTY CONTAINER CORPORATION | Adv. Proc. No. 08-50090 (CSS) |
| OSF FLAVORS, INC. | Adv. Proc. No. 08-50229 (CSS) |
| PACIFICORP d/b/a ROCKY MOUNTAIN POWER | Adv. Proc. No. 08-50247 (CSS) |
| PACKAGING SOLUTIONS CORPORATION | Adv. Proc. No. 08-50093 (CSS) |
| PARADISE PACKAGING SUPPLIES, INC. | Adv. Proc. No. 08-50095 (CSS) |
| PARAMOUNT CAN COMPANY, INC. | Adv. Proc. No. 08-50098 (CSS) |
| PEARSON SALES COMPANY; PEARSON FOOD COMPANY, INCORPORATED dba PEARSON SALES COMPANY | Adv. Proc. No. 08-50102 (CSS) |
| POWER CHEMICAL INC. | Adv. Proc. No. 08-50108 (CSS) |
| POWER CONTROL COMPANY LLC; JOHN F. JACKMAN dba POWER CONTROL COMPANY | Adv. Proc. No. 08-50112 (CSS) |
| PREMIUM INGREDIENTS INTERNATIONAL (US) LLC and successor to PREMIUM INGREDIENTS, LTD. | Adv. Proc. No. 08-50115 (CSS) |
| PRIDE TRANSPORT, INCORPORATED | Adv. Proc. No. 08-50118 (CSS) |
| PRINTPACK, INC. | Adv. Proc. No. 08-50131 (CSS) |
| PRODO-PAK CORP. | Adv. Proc. No. 08-50135 (CSS) |
| PROTIENT, INC. | Adv. Proc. No. 08-50141 (CSS) |
| QUESTAR GAS COMPANY | Adv. Proc. No. 08-50146 (CSS) |
| R.J. VAN DRUNEN & SONS, INC. dba VAN DRUNEN FARMS; VAN DRUNEN FARMS | Adv. Proc. No. 08-50151 (CSS) |
| ROBERTET FLAVORS INC. | Adv. Proc. No. 08-50156 (CSS) |
| ROBERTO RUIZ and dba GABY'S TRANSPORT | Adv. Proc. No. 08-50159 (CSS) |
| ROMANO INVESTMENT CORPORATION | Adv. Proc. No. 08-50243 (CSS) |
| ROQUETTE AMERICA, INC. | Adv. Proc. No. 08-50162 (CSS) |
| ROTO-LITHO, INC. | Adv. Proc. No. 08-50163 (CSS) |
| ROYAL SUMMIT, INC. | Adv. Proc. No. 08-50166 (CSS) |
| RUBIO MACHINERY, INC. | Adv. Proc. No. 08-50169 (CSS) |
| RYCO PACKAGING CORPORATION | Adv. Proc. No. 08-50171 (CSS) |
| SANITATION DISTRICTS OF LOS ANGELES COUNTY | Adv. Proc. No. 08-50174 (CSS) |
| SAPUTO CHEESE AND PROTEIN LLC | Adv. Proc. No. 08-50176 (CSS) |
| SCHMIDT LANE, LLC | Adv. Proc. No. 08-50177 (CSS) |
| SEAGULL PRINTING SERVICES, INC. | Adv. Proc. No. 08-50180 (CSS) |
| SELTZER CHEMICALS, INC. | Adv. Proc. No. 08-50181 (CSS) |
| SENSIENT FLAVORS LLC fdba SENSIENT FLAVORS, INC. | Adv. Proc. No. 08-50184 (CSS) |
| SHO-ME CONTAINER, INC. | Adv. Proc. No. 08-50186 (CSS) |
| SOUTHERN CALIFORNIA EDISON COMPANY | Adv. Proc. No. 08-50190 (CSS) |
| STAFFING SOLUTIONS SOUTHWEST, INC. and STAFFING SOLUTIONS, INC. | Adv. Proc. No. 08-50195 (CSS) |

| | |
|---|---|
| STAFFMARK INVESTMENT LLC, STAFFMARK-CALIFORNIA, LLC, STAFFMARK-PACIFIC, LLC, STAFFMARK-WEST, LLC, STAFFMARK EAST, LLC, STAFFMARK PROFESSIONAL SERVICES, LLC | Adv. Proc. No. 08-50198 (CSS) |
| STAUBER PERFORMANCE INGREDIENTS, INC. | Adv. Proc. No. 08-50201 (CSS) |
| TAKASAGO INTERNATIONAL CORPORATION | Adv. Proc. No. 08-50232 (CSS) |
| THE CARRERA AGENCY, INC. | Adv. Proc. No. 08-50204 (CSS) |
| THE EDLONG CORPORATION dba EDLONG FLAVORS | Adv. Proc. No. 08-50206 (CSS) |
| THEODORE W. LEAHY and dba ULTIMATE CONTROLLED SYSTEMS | Adv. Proc. No. 08-50187 (CSS) |
| THERMO FISHER SCIENTIFIC INC. | Adv. Proc. No. 08-50239 (CSS) |
| TOTAL SWEETENERS, INC. dba CHICAGO SWEETENERS, INC. and INGREDIENTS INTERNATIONAL; CHICAGO SWEETENERS OF CALIFORNIA, INC. dba INGREDIENTS INTERNATIONAL | Adv. Proc. No. 08-50191 (CSS) |
| TREGA FOODS, INC. | Adv. Proc. No. 08-50194 (CSS) |
| UNITED CONCORDIA DENTAL PLANS OF CALIFORNIA, INC.; UNITED CONCORDIA COMPANIES, INC.; UNITED CONCORDIA INSURANCE COMPANY | Adv. Proc. No. 08-50197 (CSS) |
| UTAH PAPER BOX COMPANY | Adv. Proc. No. 08-50199 (CSS) |
| VIRGINIA DARE EXTRACT CO., INC. | Adv. Proc. No. 08-50202 (CSS) |
| VISTA UNIVERSAL INC. | Adv. Proc. No. 08-50207 (CSS) |
| VYSE GELATIN COMPANY | Adv. Proc. No. 08-50209 (CSS) |
| WATSON FOODS CO., INC. | Adv. Proc. No. 08-50211 (CSS) |
| WESTERN FLAVORS & FRAGRANCES INC. and KEY ESSENTIALS, INC. successor by merger to WESTERN FLAVORS & FRAGRANCES INC. | Adv. Proc. No. 08-50213 (CSS) |
| WESTERN MACHINE TECHNOLOGIES, INC. | Adv. Proc. No. 08-50233 (CSS) |
| WHITE STOKES COMPANY, INC. | Adv. Proc. No. 08-50215 (CSS) |
| WILD FLAVORS, INC. | Adv. Proc. No. 08-50208 (CSS) |
| WORKFLOW SOLUTIONS, LLC | Adv. Proc. No. 08-50214 (CSS) |
| YELLOW TRANSPORTATION INC. | Adv. Proc. No. 08-50210 (CSS) |
| ZAPP PACKAGING, INC. | Adv. Proc. No. 08-50212 (CSS) |

**Related Docket No. 2083**

## ORDER AUTHORIZING THE DEBTORS' MOTION
## TO EXTEND TIME LIMIT FOR SERVICE OF PROCESS

Upon consideration of the *Debtors' Motion for an Order to Extend the Time Limit for Service of Process* (the "Motion") and any responses filed thereto, it is hereby

ORDERED that the relief requested in the Motion is granted; and it is further

ORDERED that the time limit for service of process, as set forth in Fed. R. Bankr. Pro. 7004(a) and Fed. R. Civ. P. 4(m), in the Adversary Proceedings (as defined in the Motion), including, but not limited to the above-captioned adversary proceedings, is hereby extended through and including September 22, 2008 (the "Service Deadline"), without prejudice to the Debtors seeking further extensions of such period; and it is further

ORDERED that any further motions seeking to extend the Service Deadline shall be served on all parties in each Adversary Proceeding; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: 4/28/08

The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge